# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| UNITED STATES BOWLING CONGRESS, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOANNA KISHNER, DISTRICT JUDGE, Respondents, and WILLIAM CALHOON; AND CHRISTINA CALHOON, Real Parties in Interest. | No. 72688 <br><br>  <br><br> MAY 0 9 2017 <br><br>  |

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying summary judgment in a tort action. Petitioner United States Bowling Congress (USBC) asserts that the district court committed clear legal error in concluding that USBC has not demonstrated that it is entitled to immunity from tort liability as a statutory employer under the Nevada Industrial Insurance Act (NIIA), NRS Chapters 616A-616D.

Having considered the petition and supporting documents, we are not convinced that our intervention by extraordinary writ is warranted at this time. NRS 34.160; *Anse, Inc. v. Eighth Judicial Dist. Court*, 124 Nev. 862, 867, 192 P.3d 738, 742 (2008) (recognizing that this court generally will not exercise its discretion to entertain a writ petition challenging the denial of summary judgment, unless summary judgment is clearly required by statute or rule or an important legal issue requires

clarification); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden of demonstrating that writ relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Joanna Kishner, District Judge
Olson, Cannon, Gormley, Angulo & Stoberski
Palmer Litigation Group, PLLC
Eighth District Court Clerk